[No. 32115-3-I.    Division One.    April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. SHILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00155-6, Stuart C. French, J. Pro Tem., entered January 4, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 32867-1-I.    Division One.    April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWNIELLA NICHOLE CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06781-8, Arthur E. Piehler, J., entered April 23, 1993. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Webster and Agid, JJ.

[No. 33314-3-I.    Division One.    April 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE JAIMEZ NARANJO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02550-1, Robert H. Alsdorf, J., entered August 24, 1993. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker and Ellington, JJ.